LELAND LAW
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MOSELLE C. LELAND BOHORQUEZ, CSBN 268272
E-mail: tracey@disabilitylawfirm.com
     Attorneys for Plaintiff
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
     Telephone: (510) 970-4814
     E-Mail: Margaret.Branick-Abilla@ssa.gov@ssa.gov
     Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| | |
|---|---|
| SAMY ATTIA FARAG,<br><br>          Plaintiff,<br><br>                    v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:22-cv-07248-SK<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO<br>28 U.S.C. § 2412(d) |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of SIX
3  THOUSAND DOLLARS [$6,000.00], as authorized by 28 U.S.C. § 2412(d), be
4  awarded subject to the terms of the Stipulation.

6    Dated:   6/25/2024
                                          HON.  STEVE KIM
7                                         UNITED STATES MAGISTRATE JUDGE

1